JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID VACCARO,

Plaintiff,

v.

GS ADMINISTRATORS, INC.,

Defendants.

Case No. 2:25-cv-10162-AB-SSC

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: November 23, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE